**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ESHAN AKHONDZADEHFAZELI,

      *Petitioner*,

v.                                          Case No. 3:26-cv-738-WWB-MCR

MARKWAYNE MULLIN, et al.,

      *Respondents*.

_____/

## <u>ORDER</u>

Through counsel, Petitioner, a detainee of the United States Immigration and Customs Enforcement ("**ICE**"), filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the revocation of his bond and his re-detention on several grounds. (Doc. 3).  As relief, Petitioner requests, *inter alia*, that the Court order his immediate release.  (*Id.* at 24).

The Federal Respondents filed a response stating they "do not oppose Petitioner's request for release at this time," because they are "unable to ascertain sufficient facts . . . to establish that Petitioner's supervised release was revoked according to the procedures established by law."  (Doc. 10).

Here, the record shows that on November 27, 2023, an immigration judge released Petitioner on a $7,500 bond.  (Doc. 3-1).  Because Respondents admit that they cannot offer any justification for revoking that bond or authority to collect a second bond, and they do not contest Petitioner's request for release, the Court finds Petitioner is entitled to immediate release under the conditions of his original bond.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) is **GRANTED only to the extent stated herein**. Respondents shall release Petitioner **within 24 hours of this Order**, subject to and in accordance with the conditions in his original bond. Upon release, Respondents shall facilitate Petitioner's transportation from the detention facility by notifying his counsel when and where he can be collected.

2. Respondent Warden's Motion to Dismiss (Doc. 9) is **DENIED**.

3. The Clerk is **DIRECTED** to enter judgment granting the Petition, terminate any pending motions as moot, and close this case.

**DONE AND ORDERED** in Jacksonville, Florida, on May 12, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7

C:      counsel of record

2